**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2020

**BY ECF**

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 15.

SO ORDERED.

January 14, 2020

The Honorable Jesse M. Furman
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re: United States v. Carlos Cruz**
    **19 Cr. 770 (JMF)**

Dear Judge Furman:

  The defense respectfully requests that the Court move the pretrial conference currently scheduled for January 23, 2020 to January 22, 2020 at 3:30 PM. The Government consents to this request and both parties are available at that time.

  We thank the Court for its consideration of this request.

           Respectfully submitted,

           /s/

           Ian Marcus Amelkin
           Assistant Federal Defender
           52 Duane Street, 10th Floor
           New York, NY 10007
           (212) 417-8733

cc: AUSA Dominic Gentile, Esq.