

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2020

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #17.

SO ORDERED.

January 24, 2020

Re: <u>United States v. Carlos Cruz</u>, 19 Cr. 770 (JMF)

Dear Judge Furman:

The Government writes to respectfully request that, due to an unavoidable scheduling conflict, the pretrial conference currently scheduled for January 30, 2020 at 3:30 p.m., be rescheduled to 4:15 p.m. that same day. Counsel for the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
 Dominic A. Gentile
 Assistant United States Attorney
 (212) 637-2567

cc: Ian Marcus Amelkin, Esq. (Via ECF)