UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA                :
                :
      -v-                :      19-CR-770 (JMF)
                :
CARLOS CRUZ,                :      ORDER
                :
         Defendant/Defendants.  :
                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that the defendant in the above captioned case, USM Number 87531-054, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

      SO ORDERED.

Dated: November 10, 2021
       New York, New York
                                  JESSE M. FURMAN
                                  United States District Judge