UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
      -v-                                 :    19-CR-770 (JMF)
:
CARLOS CRUZ,                                                            :    <u>ORDER</u>
:
              Defendant.                                       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        By memorandum dated May 17, 2023, a copy of which has apparently been shared with the parties, the Probation Department has sought the Court's guidance on whether Defendant should be permitted to use "medical marijuana" during his term of supervised release.  No later than **June 1, 2023**, the parties shall file letters setting forth their views on the issue — including any and all information regarding Defendant's receipt of a "New York State Medical Marijuana Card."

        SO ORDERED.

Dated: May 24, 2023
       New York, New York
                                                  _____
                                                      JESSE M. FURMAN
                                                  United States District Judge