UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA    :
    :
    -v-    :    19-CR-770 (JMF)
    :
CARLOS CRUZ,    :    <u>ORDER</u>
    :
    Defendant.    :
    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    By memorandum dated May 17, 2023, the Probation Department sought the Court's guidance on whether Defendant should be permitted to use "medical marijuana" during his term of supervised release. At the Court's invitation, the parties filed letters addressing the issue. Upon review of the parties' submissions and in light of the totality of the circumstances, Defendant's supervised release terms are modified to permit him to use medical marijuana pursuant to a valid New York State prescription — as long as such use does not interfere with his employment or compliance with other terms of supervised release.

    The parties shall docket their submissions no later than **June 6, 2023**. To the extent that either party believes there is a basis to seal or redact its submission, that party shall seek leave to do so in accordance with the Court's Individual Rules and Practices for Criminal Cases.

    SO ORDERED.

Dated: June 2, 2023
       New York, New York

                                     JESSE M. FURMAN
                                     United States District Judge